# Chandler *et al. v.* Bush.

*Action for Trespass on Property.*

1. *Trespass ; damages ; evidence.*—In trespass for breaking into plaintiff's house and removing his furniture, it is error to permit plaintiff to testify as to the damages, which includes exemplary or punitive damages, which he thought himself entitled to recover.

APPEAL from Montgomery Circuit Court.
Tried before Hon. JOHN P. HUBBARD.

This was an action by appellee against appellants for breaking into and entering a house and removing a lot of household and kitchen furniture. The only error assigned is in reference to the question and answer thereto, referred to in the opinion.

ARRINGTON & GRAHAM, for appellants, cited 19 Ala. 185; 42 Ala. 83.

MOORE & FINLEY, *contra*, cited Wharton on Ev. § 510; 63 Ala. 275; 67 Ala. 301; 49 Ala. 412.

SOMERVILLE, J.—The Circuit Court erred in allowing the question propounded to the plaintiff as to the amount of damages, which, in his judgment, he had suffered by reason of the alleged trespass in breaking and entering his house and the removal of his furniture. The question involved not only the damage done to the furniture, and the value of what may have been proved to be lost, but also an estimate of any exemplary or punitive damages to which the witness thought himself entitled. His opinion as to this matter was not admissible.—*Montgomery & West Point R. R. Co. v. Varner*, 19 Ala. 185; *Ala. & Fla. R. R. Co. v. Burkett*, 42 Ala. 83.

Reversed and remanded.